SOLOMON DAVIS, as President, Respondent, *v.* MICHAEL BONN, Appellant.

(Supreme Court, Appellate Term, March, 1896.)

1. Appeal — Reargument.

A reargument will not be ordered because the case. was decided on a point not raised in the court below nor discussed in the opinion, where such point was raised on the hearing and suggested by the facts.

2. Same.

Nor will a reargument be granted on the ground that certain testimony was overlooked, where such testimony would not alter the result.

3. Same — Leave to appeal.

Leave to appeal will not be granted where the questions of law arise on facts peculiar to the case and do not appear to be of general interest or to affect other pending or probable litigation.

MOTION by defendant-appellant for reargument or for leave to appeal to the Appellate Division.

Fromme Bros., for motion.

Manheim & Manheim, opposed.

*Per Curiam.* The chief ground of the application is that we disposed of the case upon a point not raised in the court below nor discussed in its opinion. It was, however, called to the attention of counsel upon the argument before us, and was suggested by the facts in evidence.

The testimony which it is claimed was overlooked would not alter the result.

The questions of law involved arise upon facts peculiar to this case and do not appear to be of general interest, or to affect any other pending or probable litigation.

For these reasons and those assigned in Hand v. Rogers, ante page 364 and Lynch v. Sauer, ante page 362, the motion is denied, with $10 costs.

Present: DALY, P. J., McADAM and BISCHOFF, JJ.

Motion denied, with $10 costs.